IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Elizabeth Woodberry, | Civil Action No.:  2:12-cv-01872-DCN |
| Plaintiff, | |
| vs. | **PLAINTIFF'S IDENTIFICATION OF EXPERT WITNESSES** |
| United States of America, | |
| Defendant. | |

The plaintiff identifies the following persons that she intends to call as expert witnesses in the trial of this case:

    A.    Langdon A. Hartsock, M.D.
            Medical University of South Carolina
            2125 Charlie Hall Boulevard
            Charleston, South Carolina 29414
            (843) 792-1414

    B.    Alexandru C. Dinu, M.D.
            Rehabilitation, Occupational and Physical Therapy
            1925 Hoffmeyer Road
            Florence, South Carolina 29501
            (843) 661-4390

    C.    Kenneth M. Faile, M.D.
            McLeod Family Medicine Center
            555 S. Georgetown Highway
            Johnsonville, South Carolina 29555
            (843) 380-2000

    D.    Phillip Lowe
            Lowe's Physical Therapy
            507 W. Cheves Street
            Florence, South Carolina 29501
            (843) 669-8841

E.      Stacey Lawrimore Howell, P.T.
       Three Rivers Therapy Associates
       401 N. Main Street, Suite B
       Hemingway, South Carolina 29554
       (843) 558-4830

F.      Charles J. Vander Kolk, Ph.D.
       2 Roberts Street
       Weaverville, North Carolina 28787

G.      Oliver G. Wood, Jr., Ph.D.
       Post Office Box 24677
       Columbia, South Carolina 29224
       (803) 736-1300

H.      Charlyne B. Raih, PT, DPT, MHS, MBA
       The McChole Group, Inc.
       Post Office Box 810
       Isle of Palms, South Carolina 29451
       (843) 824-1235

**LAW OFFICES OF RONNIE A. SABB, L.L.C.**

*s/ Kimberly V. Barr*
Ronnie A. Sabb (District I.D # 3942)
Kimberly V. Barr (District I.D. #: 6631)
Post Office Box 88
108 West Main Street
Kingstree, South Carolina 29556
(843) 355-5349

February 15, 2013           Attorneys for the Plaintiff